UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, Plaintiff, v. CONTRA COSTA COUNTY SUPERIOR COURT, Defendant. | No. 2:26-cv-00142-DC-SCR (PS) <br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br> (ECF Nos. 11, 22, 26) |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 23, 2026, the magistrate judge filed findings and recommendations, which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 26. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 23, 2026, are ADOPTED;

2. This action is DISMISSED because Defendant Contra Costa County Superior Court is

entitled to Eleventh Amendment immunity;

3. Plaintiff's motions for removal from the state court's vexatious litigant list (ECF Nos. 11, 20, & 22) are denied as moot because the action is being dismissed and this court lacks jurisdiction to entertain those motion; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge